# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES M. V., | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
|     Defendant | : | NO. 24-2566 |

## ORDER

**AND NOW**, this 23rd day of June 2025, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Request for Review (Document No. 16) is **DENIED**.

**IT IS SO ORDERED**.

                                                          **BY THE COURT**:

                                                         */s/ Carol Sandra Moore Wells*
                                                         CAROL SANDRA MOORE WELLS
                                                          United States Magistrate Judge